# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LUKE TAFARI BOWEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2046

[February 11, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Steven Levin, Judge; L.T. Case No. 43-2010-CF-000586-BXMX.

Carey Haughwout, Public Defender, and Nancy Jack, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***